IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MARK F. KILBARGER

        Defendant,

Case Number: 2:12-cr-60

Judge George C. Smith

## MOTION BY THE CLERK TO DISPOSE OF PASSPORT

Defendant Mark F. Kilbarger surrendered his passport to the Court on April 9, 2012. Judgment was entered on November 6, 2012. Therefore, at this time, the Clerk's Office respectfully moves for the disposal of the surrendered passport of Mr. Kilbarger.

        JOHN P. HEHMAN, Clerk of Court

        By:    *s/Debra D. Overly*
                 Division Manager – Columbus

## ORDER

Pursuant to the termination of the above-captioned matter, the Clerk's Office is directed to dispose of the surrendered passport as follows:

    **✓** Return to named defendant.

    ____ Return to:    United States Department of State
                          Office of Passport Policy and Advisory Services
                          2100 Pennsylvania Avenue N.W., 3rd Floor
                          Washington, DC 20037

IT IS SO ORDERED.

                                        GEORGE C. SMITH
                                        UNITED STATES DISTRICT JUDGE